IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:13-CV-1694-ORL-28-KRS

LJM OF FLORIDA, LLC,

    Plaintiff,

v.

ENOVA ENERGY HOLDINGS, LLC;
ENOVA ENERGY GROUP, LLC;
ENOVA PA, LLC, WILLIAM D.
BRUNSTAD and ZACHARY STEELE,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, SOLARBLUE, LLC, and Defendants, ENOVA ENERGY HOLDINGS, LLC, ENOVA ENERGY GROUP, LLC, ENOVA PA, LLC, WILLIAM D. BRUNSTAD and ZACHARY STEELE, hereby file Notice of Joint Stipulation for Dismissal with Prejudice of the above-styled case upon settlement, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| s/Rosemary Hayes | s/Ben Easterlin |
| Rosemary Hanna Hayes, B.C.S. | Ben Easterlin, IV |
| Fla. Bar No.: 549509 | *Admitted pro hac vice* |
| HAYES LAW, PL | KING & SPALDING |
| 830 Lucerne Terrace | 1180 Peachtree Street NE |
| Orlando, FL 32801 | Atlanta, GA 30309-3521 |
| rhayes@const-law.com | beasterlin@KSLAW.com |
| Tel. 407.649.9974, ext. 214 | Tel. 404.572.2430 |
| Fax 407.649.9379 | Fax 404.572.5140 |
| **PLAINTIFF'S COUNSEL** | **DEFENDANTS' COUNSEL** |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court on June 12, 2014 by using the CM/ECF system which will send a notice of electronic filing to the following: Ben F. Easterlin, IV, Esquire at beasterlin@kslaw.com and Sally R. Culley, Esquire at sculley@rumberger.com, counsel for Defendants.

s/Rosemary Hayes
Rosemary H. Hayes